UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATTE ALBERTS, *a California partnership*,<br><br>                    Plaintiff,<br><br>          v.<br><br>PIZZAMAN'S PAVILION and MICHAEL JENSEN,<br><br>                    Defendants. | No.  1:20-cv-00238-DAD-SKO<br><br><br>NOTICE REGARDING DEFENDANT MICHAEL JENSEN'S EX PARTE COMMUNICATION |

On November 11, 2020, court staff received an *ex parte* communication from defendant Michael Jensen seeking guidance on various matters including a request for assistance in obtaining counsel on behalf of defendant Pizzaman's Pavilion.[1]  The message the court received is copied below:

> Hello ,
>
> I   am   inquiring   about   policy   and/or   procedure   for   an indigent defendant.
>
> My   motion   to   dismiss   was   denied   in   the   case   above   and   the

---

[1]  The court again notes that although defendant Pizzaman's Pavilion appears on the docket as representing itself, this entry on the docket is in error.  Consistent with federal law, Local Rule 183 provides that "[a] corporation or other entity may appear only by an attorney."

federal court states that i [sic] will need to secure an attorney in order to be heard.

As you are aware, we have been in a six month shut down due to COVID 19, and my business was deemed non-essential in my County, and I am about to lose my entire business and cannot afford $30k for an attorney in a court that is nine hours away from me.

This is definitely the wrong court but the judge believes it is the correct venue.

Can you please inform me of the procedure i [sic] would have to follow without being able to secure legal representation?.

Is there legal penalties for being so broke that an attorney is out of the question?

I appreciate your time in this matter.

Mike Jensen

Email from Michael Jensen to courtroom deputy Jami Thorp (Nov. 11, 2020 10:03 PST).

The court cannot provide legal advice to litigants, including litigants proceeding *pro se*. The court also cannot engage in *ex parte* communications with litigants or their counsel. To the extent defendant Jensen has need to communicate with the court again by email, he is directed to copy counsel for the plaintiff on any such communications sent to the court.

The court will provide the following sources of information to defendant Jensen; however, the provision of these links is not to be construed as a recommendation, endorsement, or requirement by the court:

- *Representing Yourself (Pro Se Litigant)*, U.S. District Court for the Eastern District of California, http://www.caed.uscourts.gov/caednew/index.cfm/cmecf-e-filing/representing-yourself-pro-se-litigant/
- *Lawyer Referral Services*, The State Bar of California, http://www.calbar.ca.gov/Public/Need-Legal-Help/Lawyer-Referral-Service.

IT IS SO ORDERED.

Dated:   **November 13, 2020**

_____
UNITED STATES DISTRICT JUDGE

2